**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| ELIZABETH M. KIRKPATRICK, )<br>)<br>Plaintiff, )<br>)<br>vs. )     1:04-cv-1287-RLY-WTL<br>)<br>JO ANNE B. BARNHART, Commissioner )<br>of the Social Security Administration, )<br>)<br>Defendant. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Elizabeth M. Kirkpatrick is not entitled to Supplemental Security Income based on her application filed on June 22, 2001, is **AFFIRMED.**

Date: August 22, 2005

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Copies to:

T. Reg Hesselgrave, 3750 Kentucky Ave., Indianapolis, IN 46221
Thomas E. Kieper, Office of the United States Attorney, 10 West Market Street,
      Suite 2100, Indianapolis, IN   46204-3048